J. Frank Wright, Respondent, *v.* The City of Mount Vernon, Appellant.

*Wright* v. *City of Mount Vernon*, 44 App. Div. 574, affirmed.
(Argued February 1, 1901; decided May 10, 1901.)

Appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, made November 21, 1899, reversing a judgment in favor of defendant entered upon the report of a referee and granting a new trial.

*William J. Marshall* for appellant.

*Milo J. White* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs; no opinion.

Concur: Parker, Ch. J., Gray, O'Brien, Martin and Vann, JJ. Dissenting: Bartlett, J. Not sitting: Werner, J.

———— ——— ————

John L. Merritt, Respondent, *v.* John B. Peirano, Appellant.

*Merritt* v. *Peirano*, 10 App. Div. 563, affirmed.
(Argued April 23, 1901; decided May 10, 1901.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 20, 1897, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*James B. Lockwood* for appellant.

*Charles Haines* for respondent.

Judgment affirmed, with costs, on opinion below.

Concur: Parker, Ch. J., O'Brien, Bartlett, Martin, Vann and Landon, JJ. Not sitting: Cullen, J.